Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
Attorneys for Defendant,
*Albertson's LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY DENINO, an Individual, | 2:19-cv-00540-JAD-~~JCF~~ VCF |
| Plaintiffs, | |
| vs. | **ERRATA TO STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| ALBERTSON'S LLC, a foreign limited liability company; DOE GENERAL MANAGER, an individual; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive, | (First Request) |
| Defendants. | |

**COMES NOW**, Plaintiff KELLY DENINO, by and through her counsel CLAGGETT & SYKES LAW FIRM and, and ALBERTSON'S LLC, by and through its counsel BACKUS, CARRANZA & BURDEN, hereby stipulate to the extension of all discovery deadlines by ninety (90) days. The Parties propose the following discovery plan:

## **DISCOVERY COMPLETED TO DATE**

The Parties have attended the mandatory FRCP 26 conference and exchanged initial disclosures of documents and individuals with knowledge of the facts pertaining to the claims set forth in this matter; including supplements thereto. The Parties have also propounded written

discovery requests, including interrogatories, requests for production, and requests for admission.

## DISCOVERY TO BE COMPLETED

The Parties seek to disclose liability and damages experts; taking depositions of the same. Further, Defendant seeks to depose Plaintiff, her medical providers and identified percipient witnesses. Plaintiff seeks to depose Defendant's FRCP 30(b)(6) witness and identified percipient witnesses.

## REASONS FOR EXTENSION TO COMPETE DISCOVERY

Despite the good faith efforts of the parties to comply with the Court's discovery deadlines, both Parties have scheduling conflicts and need additional time for additional medical records and expert designations. This request is made in good faith; not for the purpose of delay.

## PROPOSED NEW DISCOVERY DEADLINES

**Expert Disclosure Deadline:**

    Currently:    August 26, 2019

    **Proposed:**    **November 25, 2019**

**Interim Status Report:**

    Currently:    August 26, 2019

    **Proposed:**    **November 25, 2019**

**Rebuttal Expert Disclosure Deadline:**

    Currently:    September 25, 2019

    **Proposed:**    **December 26, 2019**

**Discovery Deadline:**

    Currently:    October 25, 2019

    **Proposed:**    **January 27, 2020**

///

**Deadline to File Dispositive Motions:**

    Currently:    November 22, 2019

    **Proposed:**    **February 28, 2019**

**Pre-Trial Order Deadline:**

    Currently:    December 20, ~~2019~~ 2020

    **Proposed:**    **March 19, 2020**

*If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.*

DATED: this 5th day of August, 2019      DATED: this 5th day of August, 2019

**CLAGGETT & SYKES LAW FIRM**      **BACKUS, CARRANZA & BURDEN**

By: ___/s/ Sean K. Claggett___      By:___/s/ Jack P. Burden___
Sean K. Claggett, Esq.      Jack P. Burden, Esq.
Geordan G. Logan, Esq.      Jacquelyn Franco, Esq.
4101 Meadows Lane, Suite 100      3050 South Durango Drive
Las Vegas, NV 89107      Las Vegas, NV 89117
Tel: 702-655-2346      Tel: 702-872-5555
Fax: 702-655-3763      Fax: 702-872-5545
sclaggett@claggettlaw.com      jburden@backuslaw.com
glogan@claggettlaw.com      jacquelynfranco@backuslaw.com
*Attorneys for Plaintiff*      *Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

    DATED: this __6th__ day of __August__, 2019.

    _____
**UNITED STATES MAGISTRATE JUDGE**

DATED this 5th day of August, 2019.

    Respectfully Submitted,
    **BACKUS, CARRANZA & BURDEN**

    By:    ___/s/ Jack P. Burden___
    Jack P. Burden, Esq.
    Jacquelyn Franco, Esq.
    3050 South Durango Drive
    Las Vegas, NV 89117
    Attorneys for Defendant *Albertson's LLC*

3

# CERTIFICATE OF SERVICE

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 3050 South Durango Drive, Las Vegas, Nevada, 89117.

On ___August 5___, 2019, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**BY E-MAIL:** by transmitting a copy of the document in the format to be used for attachments to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**BY ELECTRONIC MEANS:** by electronically filing and serving with the court's vendor.

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Sean K. Claggett, Esq.<br>William T. Sykes, Esq.<br>Geordan G. Logan, Esq.<br>CLAGGETT & SYKES LAW FIRM<br>4101 Meadows Lane #100<br>Las Vegas, NV 89107<br>T: 702.655.2346 - F: 702.655.3763<br>sclaggett@claggettlaw.com<br>wsykes@claggettlaw.com<br>glogan@claggettlaw.com | Plaintiff | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service<br>☒ Electronic Means |

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
An employee of BACKUS, CARRANZA & BURDEN

4